UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-4667-JFW (SSx)**                                     Date: September 14, 2017

Title:   Kathy Beltz -v- The Prudential Insurance Company of America

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                              None Present
   Courtroom Deputy                            Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                           None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

   In the Notice of Settlement filed on September 14, 2017, Dkt. No. 16, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before November 13, 2017. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until November 13, 2017. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 1/14/15)